**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

MARIO PATINO,
CDCR #F-05436,

Plaintiff,

vs.

D. DOMINGUEZ, *et al.*,

Defendants.

Case No.: 25-cv-0589-BAS-GC

**ORDER DISMISSING CASE FOR FAILURE TO STATE A CLAIM AND FAILURE TO PROSECUTE**

On November 22, 2024, Plaintiff Mario Patino, a state inmate proceeding pro se, filed this civil action pursuant to 42 U.S.C. § 1983, along with a Motion to Proceed In Forma Pauperis ("IFP"), in the United States District Court for the Central District of California. (ECF Nos. 1, 2.) The Central District Court granted Plaintiff's IFP motion, ECF No. 6, and thereafter transferred the action to this Court where venue is proper. (ECF No. 10.) On June 4, 2025, this Court screened the Complaint pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A(b) and dismissed it without prejudice, and with leave to amend, for failure to state a claim. (ECF No. 13.) After an extension of time, Plaintiff filed a First Amended Complaint ("FAC") on October 1, 2025. (ECF No. 18.) On February 4, 2026,

this Court dismissed the FAC for failure to state a claim pursuant 28 U.S.C. §§ 1915(e)(2) and 1915A(b). (ECF No. 19.) Plaintiff was granted leave to file a second amended complaint by March 21, 2026. (*See id.* at 5.) The Court subsequently granted two motions for extension of time filed by Plaintiff. (*See* ECF Nos. 20, 23.) Pursuant to the Court's most recent order, Plaintiff's second amended complaint was due no later than June 15, 2026. (*See* ECF No. 24 at 2.) In the same order, Plaintiff was informed that no further extensions of time would be granted absent extraordinary circumstances and, if he failed to timely amend, the Court would dismiss this action for failure to state a claim and failure to prosecute. (*Id.* at 2 n.2, citing *Lira v. Herrera*, 427 F.3d 1164, 1169 (9th Cir. 2005) ("If a plaintiff does not take advantage of the opportunity to fix his complaint, a district court may convert the dismissal of the complaint into dismissal of the entire action.")). To date, Plaintiff has not filed a second amended complaint or otherwise contacted the Court.

Accordingly, the Court **DISMISSES** this action without prejudice for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) & 1915A(b)(1), and for failure to prosecute. The Clerk of Court shall enter final judgment accordingly and close the file.

**IT IS SO ORDERED.**

**DATED: November 3, 2026**

Cynthia Bashant

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**